Decided June 5, 1997

## CITY OF NEW HAVEN *v.* LOCAL 884, COUNCIL 4, AFSCME, AFL-CIO

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 764 (AC 13525), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*J. William Gagne, Jr.,* and *Jason W. Cohen,* in support of the petition.

*Steven L. Samalot,* assistant corporation counsel, in opposition.

Decided June 5, 1997